**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Luis ROBLES–MACIAS, aka Carlos Benetiz–Martinez; aka Leyva Ramon Ramirez; aka Francisco Gomez–Martinez, Defendant—Appellant.**

**No. 00–50001.
D.C. No. CR–99–00765–DDP–1.**

United States Court of Appeals,
Ninth Circuit.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Feb. 12, 2001.[1]

Decided Feb. 23, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM[2]

Jose Luis Robles–Macias appeals his conviction, pursuant to a guilty plea, and

sentence for being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Relying on *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Robles–Macias contends that the district court erred when it increased his base offense level by 16 points, because the fact that his prior deportation followed an aggravated felony conviction was neither admitted nor proven beyond a reasonable doubt to a jury. He further contends that *Apprendi* calls into question the continuing validity of *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Robles–Macias's contentions, however, are foreclosed by our recent decision in *United States v. Pacheco–Zepeda,* 234 F.3d 411, 413–14 (9th Cir.2000), *as amended* (Feb.8, 2001).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.